```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 25109
    CANARY LEWIS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1760


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/22/2008 and was not confirmed.

     The case was dismissed without confirmation 12/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
TCF NATIONAL BANK          UNSECURED     NOT FILED           .00            .00
AMERICAN COLLECTIONS       NOTICE ONLY   NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED       1035.60           .00            .00
CAPITAL ONE                UNSECURED        273.67           .00            .00
CAPITAL ONE BANK           NOTICE ONLY   NOT FILED           .00            .00
CASH ADVANCE               UNSECURED     NOT FILED           .00            .00
CERTIFIED RECOVERY SYS     NOTICE ONLY   NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       3310.00           .00            .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY   NOT FILED           .00            .00
CITY OF CHICAGO BUREAU O   NOTICE ONLY   NOT FILED           .00            .00
CITY OF CHICAGO BUREAU P   NOTICE ONLY   NOT FILED           .00            .00
BANK OF AMERICA            UNSECURED     NOT FILED           .00            .00
CLIENT SERVICES INC        NOTICE ONLY   NOT FILED           .00            .00
RCN 14 CHICAGO             UNSECURED     NOT FILED           .00            .00
CORPORATE                  NOTICE ONLY   NOT FILED           .00            .00
RECEIVABLE ACQUISITION &   UNSECURED       7762.77           .00            .00
HOLLYWOOD VIDEO            UNSECURED     NOT FILED           .00            .00
CREDIT PROTECTION ASSOC    NOTICE ONLY   NOT FILED           .00            .00
FIGIS INC                  UNSECURED     NOT FILED           .00            .00
ISAC                       UNSECURED     NOT FILED           .00            .00
ISAC                       UNSECURED        525.71           .00            .00
ILLINOIS STUDENT ASSISTA   UNSECURED     NOT FILED           .00            .00
TOWN COUNTRY MOTORISTS A   UNSECURED     NOT FILED           .00            .00
IMAGINE MASTERCARD         UNSECURED       1047.75           .00            .00
MIDLAND CREDIT MGMT        NOTICE ONLY   NOT FILED           .00            .00
NORTHERN ILLINOIS UNIV     UNSECURED     NOT FILED           .00            .00
MCI COMMUNICATIONS         UNSECURED     NOT FILED           .00            .00
PARK DANSON                NOTICE ONLY   NOT FILED           .00            .00
BLACK EXPRESSIONS BOOK C   UNSECURED     NOT FILED           .00            .00
RJM ACQ LLC                NOTICE ONLY   NOT FILED           .00            .00
RHAPSODY BOOK CLUB         UNSECURED     NOT FILED           .00            .00
T MOBILE                   UNSECURED        441.42           .00            .00
MEIJER INC                 UNSECURED     NOT FILED           .00            .00
UN COLL TOL                NOTICE ONLY   NOT FILED           .00            .00
MEIJER INC                 UNSECURED     NOT FILED           .00            .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 25109 CANARY LEWIS
```

```
UN COLL TOL                NOTICE ONLY    NOT FILED           .00          .00
MEIJER                     UNSECURED      NOT FILED           .00          .00
UN COLL TOL                NOTICE ONLY    NOT FILED           .00          .00
TENDOLLARPAYDAYLOAN.COM    UNSECURED      NOT FILED           .00          .00
SALUTE VISA GOLD           UNSECURED      NOT FILED           .00          .00
ZENITH ACQU                NOTICE ONLY    NOT FILED           .00          .00
LETTIE LEWIS               NOTICE ONLY    NOT FILED           .00          .00
ASPIRE VISA                UNSECURED         932.62           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED           .00          .00
TRIAD FINANCIAL CORP       UNSECURED        9406.53           .00          .00
RJM ACQUISITIONS           UNSECURED          84.90           .00          .00
ASSET ACCEPTANCE LLC       UNSECURED        3934.24           .00          .00
LEDFORD & WU               DEBTOR ATTY         .00                         .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                       .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/05/09            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 08 B 25109 CANARY LEWIS